UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JOSE NUNEZ-RAMIREZ, Petitioner, v. SIXTO MARRERO; et al., Respondents. | Case No.: 26cv3276-LL-GC **ORDER SETTING DEADLINE FOR RESPONDENTS TO PRODUCE BOND TRANSCRIPT** |

The Court is in receipt of Respondents' lodgment of the flash drive of the "Bond Audio June 23, 2026, in support of Docket ECF No. 12 Opposition to Petitioner's Motion to Enforce Habeas Corpus Order." ECF No. 13. The Court **ORDERS** Respondents to lodge a copy of the written transcript of the June 23, 2026 bond hearing on or before **August 24, 2026.**

**IT IS SO ORDERED**.

Dated: August 19, 2026

Honorable Linda Lopez
United States District Judge